### 8626.  BRANCH *v.* DUBLIN AND LAURENS BANK.

JENKINS, J.  1.  A purchaser of a negotiable note, although with notice either express or constructive of equities and defenses as between the maker and the original payee, is protected in his title and may recover on it, if he purchased, even without recourse, from one who took it, bona fide and without notice, from the original payee.  Civil Code (1910), § 4535; *Burch* v. *Pope*, 114 *Ga.* 334 (40 S. E. 227); *Weil* v. *Carswell*, 119 *Ga.* 873 (47 S. E. 217); *Wade* v. *Elliott*, 11 *Ga. App.* 646 (75 S. E. 989); *Day* v. *Rogers*, 7 *Ga. App.* 535 (67 S. E. 279).

2.  The court did not err in excluding the testimony complained of, or in thereafter directing a verdict for the plaintiff.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED DECEMBER 14, 1917.

Complaint; from city court of Dublin—Judge Flynt.  March 10, 1917.

*R. Earl Camp,* for plaintiff in error.

*Chappell & Burch,* contra.

---

### 8632.  BARRETT *v.* WESTERN AND ATLANTIC RAILROAD COMPANY.

WADE, C. J.  1.  In the absence of timely written requests therefor, there is no merit in those grounds of the motion for a new trial which complain of the failure of the court to give certain specific instructions. The charge was sufficiently full, and clearly submitted the issues to the jury.

2.  There is no such substantial merit in any of the remaining special grounds of the motion for a new trial as to require a reversal.

3.  The evidence sufficiently sustains the verdict.

*Judgment affirmed. Jenkins and Luke, JJ., concur.*

DECIDED DECEMBER 14, 1917.

Action for damages; from Whitfield superior court—Judge Fite. November 27, 1916.

*W. E. Mann, W. C. Martin,* for plaintiff.

*Tye, Peeples & Tye, Maddox, McCamy & Shumate,* for defendant.